DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY ROBINSON,**
Appellant,

v.

**TUANY MENDANHA,**
Appellee.

No. 4D2025-1995

[October 30, 2025]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2025-CA-001950-XXXA-MB.

Barbara E. Fox of Kubicki Draper, Miami, for appellant.

Diego C. Asencio of Diego C. Asencio, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and SHAW, JJ., concur.

*             *             *

***Not final until disposition of timely-filed motion for rehearing.***